FILED
September 26, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                       )<br>           Plaintiff,                         )<br>v.                                                   )<br>                                                       )<br>JESSICA JUAREZ,                        )<br>                                                       )<br>           Defendant.                     ) | Case No. 2:14MJ00224-AC-8<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JESSICA JUAREZ__ , Case No. __2:14MJ00224-AC-8__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $_____

      ___   Unsecured Appearance Bond

      ___   Appearance Bond with 10% Deposit

      ___   Appearance Bond with Surety

      ___   Corporate Surety Bail Bond

      _✔_   (Other)          __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 26, 2014__ at __11:00 am__ .

By   /s/ Allison Claire/s/ Allison Claire
      Allison Claire
      United States Magistrate Judge

Copy 2 - Court