```
John R. Manning
Attorney at Law
1111 H Street, Suite 204
Sacramento, CA 95814
(916) 444-3994
Fax (916) 447-0931
jmanninglaw@yahoo.com

Attorney for Defendant
JESSICA JUAREZ
```

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>SILVA-SOTO, et al.,<br><br>                    Defendants. | Case No.: 2:14 CR 276 JAM<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF RELEASE |

    Jessica Juarez, by and through her attorney, John R. Manning, Esq., and the United States of America, by and through its counsel, Samuel Wong, and Pretrial Services Officer Michael Evans, hereby jointly agree and stipulate to amend defendant's conditions of release as follows:

    "You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer."

Accordingly, all parties and Ms. Juarez agree with the above modifications.

| April 24, 2015 | /s/   John R. Manning |
|---|---|
| | JOHN R. MANNING<br>Attorney for Defendant<br>Jessica Juarez |

| April 24, 2015 | Benjamin B. Wagner<br>United States Attorney |
|---|---|
| | /s/   Samuel Wong |
| | SAMUEL WONG<br>Asst. United States Attorney |

**IT IS SO ORDERED.**

Dated:  April 27, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE