John R. Manning
1111 H Street, Suite 204
Sacramento, CA 95814
Telephone: (916) 444-3994
E-mail: jmanninglaw@yahoo.com

Attorney for Defendant
JESSICA JUAREZ

**UNITED STATES MAGISTRATE COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14 CR 276 JAM |
| Plaintiff, | STIPULATION ORDER TO ALLOW JESSICA JUAREZ TO TRAVEL TO MEXICO TO VISIT FAMILY |
| vs. | |
| JESSICA JUAREZ, | |
| Defendant. | Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED AND AGREED between defendant Jessica Juarez, by and through her undersigned defense counsel, and the United States of America by and through its counsel, Assistant U.S. Attorney Samuel Wong, Ms. Juarez may travel to Mexico on December 16, 2016 and return on January 2, 2017 for the purpose of visiting her family who reside in Mexico and visiting the grave of her recently deceased grandfather.  Ms. Juarez will fly from Sacramento, CA (American Airlines Flight #2235), to Fort Worth, Texas, and from Fort Worth, Texas, to Guadalajara, Mexico (American Airlines Flight #5770), on December 16, 2016.  Ms. Juarez will return from Guadalajara, Mexico, to Los Angeles, CA (Delta Airlines Flight #8145), and

then LAX to San Jose, CA (Delta Flight #1460), on January 2, 2017.  (Ms. Juarez's flight information is attached as Exhibit "A".)

In Mexico, Ms. Juarez will be picked up at the airport by her aunt and uncle. Ms. Juarez will be staying at her grandparent's home in Los Reyes, Michoacán, Mexico (Miguel Hidalgo 30, Colonia Obrera, 59961).  Ms. Juarez will be staying with her grandparent's and her parents (and various relatives will be visiting as well).

It is further stipulated Ms. Juarez must check-in with her Pre-Trial Services Officer as required by her Pre-Trial Services Officer. The United States shall return Ms. Juarez's passport to Pre-Trial Services in Sacramento, CA. Pretrial Services shall return Ms. Juarez's passport to her no later than December 14, 2016.  Ms. Juarez must return to the United States by January 2, 2017 and must check in with, and surrender her passport to, her Pre-Trial Services Officer within 24 hours of returning to the United States, but in any event, no later than January 3, 2017.

Pretrial Services reports Ms. Juarez is in compliance with all conditions of her release; however, they (USPTS) defer to the Court for approval of travel.

IT IS SO STIPULATED.

Dated:  November 29, 2016          /S/ John R. Manning
                                   JOHN R. MANNING
                                   Attorney for Defendant
                                   Jessica Juarez


                                   PHILLIP A. TALBERT
                                   Acting United States Attorney

Dated:  November 29, 2016     By:  /S/   Samuel Wong
                                   SAMUEL WONG
                                   Assistant United States Attorney

2

IT IS SO ORDERED,

Dated: November 30, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE