1  PHILLIP A. TALBERT
   United States Attorney
2  SAMUEL WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2772

5  Attorneys for Plaintiff
   United States of America

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10

11  UNITED STATES OF AMERICA,                CASE NO.  2:14-CR-0276-JAM

12                                           PLAINTIFF'S MOTION TO DISMISS WITHOUT
                          Plaintiff,         PREJUDICE COUNT THREE OF THE
13                                           SUPERSEDING INDICTMENT AGAINST
                          v.                 DEFENDANT JESSICA JUAREZ ONLY AND
14                                           ORDER THEREON
   GABRIEL SILVA-SOTO, ET AL.,
15                                           COURT: Hon. John A. Mendez

16                        Defendants.

17

18          Plaintiff United States of America, by its counsel, Phillip A. Talbert, United States Attorney for

19  the Eastern District of California, and Samuel Wong, Assistant United States Attorney, hereby moves to

20  dismiss without prejudice Count Three of the Superseding Indictment in this case against defendant

21  Jessica Juarez only on the grounds that Juarez has presented to the United States substantial information

22  that she is gainfully employed and will attempt hereinafter to be law-abiding, and the United States

23  believes that it would be in the interests of justice that the Court grant this motion.   John Manning, Esq.,

24  counsel for Juarez, has authorized the undersigned prosecutor to advise the Court that he and his client

25  have no objection to the United States' instant motion to dismiss.

26          DATED:   January 18, 2017              PHILLIP A. TALBERT
                                                   United States Attorney

27                                                 */s/ Samuel Wong*
                                          By:      _____
28                                                 SAMUEL WONG
                                                   Assistant United States Attorney
                                                   1

1

2

**ORDER**

3       The Court having received, read, and considered the motion of plaintiff United States of America

4  for an order dismissing without prejudice Count Three of the Superseding Indictment against defendant

5  Jessica Juarez only, and good cause appearing therefrom, it is hereby ordered that the motion of the

6  United States is hereby granted in its entirety and the Count Three of the Superseding Indictment is

7  hereby ordered dismissed without prejudice against Juarez only.

8       It is so ORDERED.

9

10  Dated:  January 19, 2017                              /s/ John A. Mendez_____
                                                        United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2