JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JESSICA JUAREZ

IN THE UNITED STATES MAGISTRATE COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:14 CR 276 JAM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | APPLICATION AND ORDER TO RETURN |
| v. | ) | Ms. JUAREZ'S PASSPORT. |
| | ) | |
| JESSICA JUAREZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

As part of the terms of her release, Ms. Juarez, as ordered, surrendered her passport to the Clerk's Office.  (Ms. Juarez surrendered her passport to her Pretrial Services Officer, who in turn, surrendered Ms. Juarez's passport to the Clerk's Office.)  On January 19, 2017, the Honorable John A. Mendez signed an Order dismissing the sole charge against Ms. Juarez (ECF 216).

Accordingly, Ms. Juarez requests this Court order the Clerk's Office to return her passport forthwith, to either Ms. Juarez directly, or to Ms. Juarez's attorney, John R. Manning.

DATED:  January 24, 2017                    /s/ John R. Manning_____
                                                              Attorney for Jessica Juarez

///

///

1

1    The Clerk is hereby directed to return Ms. Juarez's passport forthwith, to either her

2

3    personally or to her attorney, John R. Manning

4    IT IS SO ORDERED.

5    DATED:  January 25, 2017.

           HON. EDMUND F. BRENNAN
6          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28